**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Robert E. Oakley Jr. dba ECM Solutions Group, LLC | CHAPTER 7 |
| <u>Debtor</u> | BKY. NO. 16-17433 REF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of Specialized Loan Servicing LLC, as Servicer for Deutsche Bank National Trust Company, as Trustee for FFMLT Trust 2005-FF2, Mortgage Pass-Through Certificates, Series 2005-FF2, and index same on the master mailing list.

Re: Loan # Ending In: 2577

                  Respectfully submitted,

                  **/s/Joshua I. Goldman, Esquire**
                  Joshua I. Goldman, Esquire
                  Thomas Puleo, Esquire
                  KML Law Group, P.C.
                  701 Market Street, Suite 5000
                  Philadelphia, PA 19106-1532
                  (215) 825-6306  FAX (215) 825-6406