## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Robert E. Oakley Jr. dba ECM Solutions Group, LLC | CHAPTER 7 |
| Debtor | BKY. NO. 16-17433 REF |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of NBS Specialized Loan Servicing LLC, as Servicer for HSBC Bank USA, National Association as Trustee for Merrill Lynch Mortgage Investors, Inc., Mortgage Pass-Through Certificates, MANA Series 2007-A1, and index same on the master mailing list.

Re: Loan # Ending In: 3098

                                  Respectfully submitted,

                                  **/s/Joshua I. Goldman, Esquire**
                                  Joshua I. Goldman, Esquire
                                  Thomas Puleo, Esquire
                                  KML Law Group, P.C.
                                  701 Market Street, Suite 5000
                                  Philadelphia, PA 19106-1532
                                  (215) 825-6306  FAX (215) 825-6406