United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Robert E. Oakley, Jr.
Robert E. Oakley, Jr.
    Debtors

Case No. 16-17433-ref
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-4      User: Angela      Page 1 of 1      Date Rcvd: Nov 02, 2016
                        Form ID: 167      Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 04, 2016.
db         +Robert E. Oakley, Jr.,   2071 Salem Road,   Coopersburg, PA 18036-2205
db         +Robert E. Oakley, Jr.,   MAILING ADDRESS,   3115 NE 56th Street,   Kansas City, MO 64119-2641

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2016                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 2, 2016 at the address(es) listed below:
        MICHAEL H KALINER   mhkaliner@gmail.com, pa35@ecfcbis.com
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                TOTAL: 2

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Robert E. Oakley, Jr.
    Debtor(s)

Case No: 16–17433–ref

Chapter: 7

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Richard E. Fehling , United States Bankruptcy Judge to consider:

Application to Have the Chapter 7 Filing Fee Waived, to Proceed In Forma Pauperis Filed by Robert E. Oakley Jr.

on: 11/17/16

at: 09:30 AM

in: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

Date:  11/2/16

For The Court

Timothy B. McGrath
Clerk of Court

11 – 5
Form 167