16-1530

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Robert E. Oakley, Jr., dba ECM Solutions Group, LLC<br><br>Debtor(s) | Chapter 7 Proceeding<br><br>Case No.  16-17433 REF |

## ENTRY OF APPEARANCE/ REQUEST FOR NOTICES

TO THE COURT:

Kindly enter my appearance on behalf of FNBN I, LLC in the above captioned matter.

POWERS KIRN & ASSOCIATES, LLC

By:  **/s/  Jill Manuel-Coughlin, Esquire**
Attorney ID# 63252
Eight Neshaminy Interplex, Suite 215
Trevose, PA 19053
Telephone: 215-942-2090