UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  ROBERT OAKLEY,          :     Case No. 16-17433REF
      Debtor                      :     Chapter 7

# **RESCHEDULING ORDER**

AND NOW, this 10 day of November, 2016, upon my consideration of Debtor's failure (or refusal) to appear in Court today, despite notice of his obligation to do so, and upon the Court's intention to examine Debtor about his Statement of Pro Se Debtor,

IT IS HEREBY ORDERED that the hearing[1] on Debtor's Statement of Pro Se Debtor, previously scheduled to be heard today, is heereby rescheduled to be heard at the following place, date, and time:

**United States Bankruptcy Court - Courtroom #1
The Madison – Third Floor
Fourth and Washington Streets
Reading, PA 19601
on Thursday, December 15, 2016, at 11:00 a.m., prevailing time.**

BY THE COURT

_____
RICHARD E. FEHLING
United States Bankruptcy Judge

---

[1] Debtor shall attend the hearing set forth herein or face (1) possible dismissal of this case with prejudice and (2) other possible sanctions.