United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Robert E. Oakley, Jr.
Robert E. Oakley, Jr.
    Debtors

Case No. 16-17433-ref
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: Angela     Page 1 of 1     Date Rcvd: Nov 10, 2016
Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 12, 2016.
db     +Robert E. Oakley, Jr.,    2071 Salem Road,    Coopersburg, PA 18036-2205
db     +Robert E. Oakley, Jr.,    MAILING ADDRESS,    3115 NE 56th Street,    Kansas City, MO 64119-2641

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 12, 2016     Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 10, 2016 at the address(es) listed below:
    JILL MANUEL-COUGHLIN    on behalf of Creditor    FNBN I, LLC jill@pkallc.com, chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com
    JOSHUA ISAAC GOLDMAN    on behalf of Creditor    HSBC Bank USA, National Association as Trustee for Merrill Lynch Mortgage Investors, Inc., Mortgage Pass-Through Certificates, MANA Series 2007-A1 bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
    JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for FFMLT Trust 2005-FF2, Mortgage Pass-Through Certificates, Series 2005-FF2 bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
    MICHAEL H KALINER    mhkaliner@gmail.com, pa35@ecfcbis.com
    United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  ROBERT OAKLEY,  :  Case No. 16-17433REF

   Debtor  :  Chapter 7

# **RESCHEDULING ORDER**

AND NOW, this 10 day of November, 2016, upon my consideration of Debtor's failure (or refusal) to appear in Court today, despite notice of his obligation to do so, and upon the Court's intention to examine Debtor about his Statement of Pro Se Debtor,

IT IS HEREBY ORDERED that the hearing[1] on Debtor's Statement of Pro Se Debtor, previously scheduled to be heard today, is heereby rescheduled to be heard at the following place, date, and time:

**United States Bankruptcy Court - Courtroom #1
The Madison – Third Floor
Fourth and Washington Streets
Reading, PA 19601
on Thursday, December 15, 2016, at 11:00 a.m., prevailing time.**

BY THE COURT

_____
RICHARD E. FEHLING
United States Bankruptcy Judge

---

[1] Debtor shall attend the hearing set forth herein or face (1) possible dismissal of this case with prejudice and (2) other possible sanctions.