# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

In Re:  Robert E. Oakley, Jr.          :          Chapter 7
       dba ECM Solutions Group, LLC

                                            :          Bankruptcy No. 16-17433

              Debtor(s)          :

## ORDER DISMISSING CASE

**IT IS ORDERED** that since the Debtor(s), has failed to timely file the documents required by the court order dated October 21, 2016, this case be and the same is hereby **DISMISSED.**

**Date: November 21, 2016**

RICHARD E. FEHLING

UNITED STATES BANKRUPTCY JUDGE

Missing Documents not filed:

Certificate of Credit Counseling
Chapter 7 Statement of Your Current Monthly Income Form 122A-1
Mailing Matrix
Schedules A-J
Statement of Financial Affairs
Summary of Assets and Liabilities Form B106