United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Robert E. Oakley, Jr.
Robert E. Oakley, Jr.
     Debtors

Case No. 16-17433-ref
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: Angela     Page 1 of 1     Date Rcvd: Nov 21, 2016
Form ID: pdf900     Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 23, 2016.
```
db          +Robert E. Oakley, Jr.,    2071 Salem Road,    Coopersburg, PA 18036-2205
db          +Robert E. Oakley, Jr.,    MAILING ADDRESS,    3115 NE 56th Street,    Kansas City, MO 64119-2641
smg         +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
              Allentown, PA 18101-1603
smg          City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg         +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg         +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
13823591    +FNBN,LLC,    c/o Jill Manuel-Coughlin, Esq.,     8 Neshaminy Interplex, Suite 215,
              Trevose, PA 19053-6980
13819701    +Specialized Loan Servicing LLC,    c/o Joshua I. Goldman, Esq.,    KML Law Group, PC,
              701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         +E-mail/Text: robertsl2@dnb.com Nov 22 2016 02:18:36     Dun & Bradstreet, INC,
              3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 22 2016 02:18:25
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 22 2016 02:18:39     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                             TOTAL: 3
```

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2016                                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 21, 2016 at the address(es) listed below:
```
              JILL   MANUEL-COUGHLIN    on behalf of Creditor    FNBN I, LLC jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com
              JOSHUA ISAAC GOLDMAN     on behalf of Creditor    HSBC Bank USA, National Association as Trustee for
               Merrill Lynch Mortgage Investors, Inc., Mortgage Pass-Through Certificates, MANA Series 2007-A1
               bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN     on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee
               for FFMLT Trust 2005-FF2, Mortgage Pass-Through Certificates, Series 2005-FF2
               bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              MICHAEL H KALINER    mhkaliner@gmail.com,  pa35@ecfcbis.com
              THOMAS I. PULEO    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               FFMLT Trust 2005-FF2, Mortgage Pass-Through Certificates, Series 2005-FF2 tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 6
```

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

In Re: Robert E. Oakley, Jr.                :        Chapter 7
       dba ECM Solutions Group, LLC

                                            :        Bankruptcy No. 16-17433

            Debtor(s)                       :


## ORDER DISMISSING CASE

**IT IS ORDERED** that since the Debtor(s), has failed to timely file the documents required by the court order dated October 21, 2016, this case be and the same is hereby **DISMISSED.**

**Date: November 21, 2016**

_____
RICHARD E. FEHLING
UNITED STATES BANKRUPTCY JUDGE

Missing Documents not filed:

Certificate of Credit Counseling
Chapter 7 Statement of Your Current Monthly Income Form 122A-1
Mailing Matrix
Schedules A-J
Statement of Financial Affairs
Summary of Assets and Liabilities Form B106