*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Robert E. Oakley, Jr.
    Debtor(s)

Case No: 16–17433–ref

Chapter: 7

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Richard E. Fehling , United States Bankruptcy Judge to consider:

Pro Se Statement filed by Debtor.

    on: 1/5/17

    at: 09:30 AM

    in: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Date:  12/21/16

Timothy B. McGrath
Clerk of Court

27 – 4
Form 167