United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Robert E. Oakley, Jr.
Robert E. Oakley, Jr.
    Debtors

Case No. 16-17433-ref
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: Angela      Page 1 of 1      Date Rcvd: Dec 22, 2016
                            Form ID: 167      Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 24, 2016.
db      +Robert E. Oakley, Jr.,    2071 Salem Road,    Coopersburg, PA 18036-2205
db      +Robert E. Oakley, Jr.,    MAILING ADDRESS,    3115 NE 56th Street,    Kansas City, MO 64119-2641

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2016                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 22, 2016 at the address(es) listed below:
       JILL  MANUEL-COUGHLIN    on behalf of Creditor    FNBN I, LLC jill@pkallc.com, chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com
       JOSHUA ISAAC GOLDMAN    on behalf of Creditor    HSBC Bank USA, National Association as Trustee for Merrill Lynch Mortgage Investors, Inc., Mortgage Pass-Through Certificates, MANA Series 2007-A1 bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
       JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for FFMLT Trust 2005-FF2, Mortgage Pass-Through Certificates, Series 2005-FF2 bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
       MICHAEL H KALINER    mhkaliner@gmail.com, pa35@ecfcbis.com
       MICHAEL H KALINER    on behalf of Trustee MICHAEL H KALINER mhkaliner@gmail.com, pa35@ecfcbis.com
       THOMAS I. PULEO    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for FFMLT Trust 2005-FF2, Mortgage Pass-Through Certificates, Series 2005-FF2 tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                               TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Robert E. Oakley, Jr.
    Debtor(s)    Case No: 16–17433–ref
                              Chapter: 7

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Richard E. Fehling , United States Bankruptcy Judge to consider:

Pro Se Statement filed by Debtor.

    on: 1/5/17

    at: 11:00 AM

    in: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Date: 12/22/16

Timothy B. McGrath
Clerk of Court

28 – 4
Form 167